UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

# NOTICE OF RE-SETTING
Before Judge Samuel H. Mays, Jr., United States District Judge

March 15, 2005

RE: 04-2279-Ma
Gordon Jackson, et al. v. Wal-Mart, Inc.

Dear Sir/Madam:

The **STATUS/SCHEDULING CONFERENCE** has been **RE-SET** before **Judge Samuel H. Mays, Jr.** on **MONDAY, APRIL 11, 2005** at **1:30 P.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Jean Lee, Case Manager
901-495-1239

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02279 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

David R. Roodman
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lisa Demet Martin
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Edward D. Landquist
WADDEY & PATTERSON
414 Union St.
Ste. 2020
Nashville, TN 37219

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Lisa C. DeJaco
WYATT TARRANT & COMBS
Citizens Plaza
Louisville, KY 40202--289

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT