IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 19 AM 10: 4

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT CT.
W.D. OF TN, MEMPHIS

GORDON E. JACKSON, et al.,

    Plaintiffs,

VS.                              NO. 04-2279-Ma

WAL-MART STORES, INC.,

    Defendant.

ORDER AMENDING SCHEDULING ORDER

Pursuant to the joint motion to amend the scheduling order deadlines, filed on March 1, 2005, a status conference was held on April 11, 2005. For good cause shown, the motion is granted. The schedule previously set in this case is amended as follows:

1. Parties to supplement Rule 26 disclosures on or before May 2, 2005.

2. Joinder of any parties and amendment of pleadings due on or before July 1, 2005.

3. Completion of all non-expert discovery by October 11, 2005.

4. Expert witness discovery:

    * Plaintiffs to serve expert reports by September 12, 2005.

    * Depositions of plaintiffs' experts to be completed by October 3, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

26

* Defendant to serve expert reports by October 24, 2005.
* Depositions of defendant's experts by November 14, 2005.
* Rebuttal expert reports to be exchanged by December 9, 2005.
* All Rebuttal expert depositions by January 6, 2006.

5. Dispositive motions due February 3, 2006.
6. The parties shall file a joint proposed pretrial order by 5:00 p.m. on April 28, 2006.
7. A pretrial conference is reset for **Friday, May 5, 2006, at 9:30 a.m.**
8. The non-jury trial is **reset** from June 27, 2005, to **Monday, May 15, 2006, at 9:30 a.m.** and is expected to last 2 to 3 days.

Without good cause, the amended dates set by this order will not be modified or extended.

So ORDERED this 18th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02279 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Edward D. Landquist
WADDEY & PATTERSON
414 Union St.
Ste. 2020
Nashville, TN 37219

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lisa C. DeJaco
WYATT TARRANT & COMBS
Citizens Plaza
Louisville, KY 40202--289

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

David R. Roodman
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Lisa Demet Martin
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Honorable Samuel Mays
US DISTRICT COURT