IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 SEP 29 PM 3:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GORDON E. JACKSON,
and TED M. YEISER, JR.,

    Plaintiffs,

VS.

WAL MART STORES, INC.,

    Defendant.

NO. 04-2279-MaP

## ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

Entered this 29th day of September, 2005.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-30-05

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02279 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Edward D. Landquist
WADDEY & PATTERSON
414 Union St.
Ste. 2020
Nashville, TN 37219

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Lisa C. DeJaco
WYATT TARRANT & COMBS
Citizens Plaza
Louisville, KY 40202--289

David R. Roodman
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Lisa Demet Martin
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

Honorable Samuel Mays
US DISTRICT COURT