UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GORDON E. JACKSON and
TED M. YEISER, JR.,

    Plaintiffs,

v.                                              Cv. No. 04-2279-Ma

WAL MART STORES, INC.,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed September 30, 2005.  Each party shall bear its own costs and attorneys' fees.


**APPROVED:**

_/s/ Samuel H. Mays, Jr._

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


October 4, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_/s/_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
_____ 10-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02279 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Edward D. Landquist
WADDEY & PATTERSON
414 Union St.
Ste. 2020
Nashville, TN 37219

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

Lisa C. DeJaco
WYATT TARRANT & COMBS
Citizens Plaza
Louisville, KY 40202--289

David R. Roodman
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lisa Demet Martin
BRYAN CAVE LLP
211 No. Broadway
Ste. 3600
St. Louis, MO 63102

Honorable Samuel Mays
US DISTRICT COURT